OVERSTREET v. DOBSON and Others.

TAXES—WARRANTY DEED.—State and county taxes are a lien upon real estate from the first day of *January*, and if land is conveyed by a warranty deed after that day, the vendor is liable on the warranty for the taxes.

APPEAL from the *Owen* Common Pleas..

RAY, J.—It appears by the special finding of the court in this case, that the appellees are the only heirs-at-law of *Daniel N. Dobson*, deceased; that said *Dobson*, on the sixth day of *January*, 1865, sold and conveyed, by warranty deed, certain real estate to the appellant; that there remained unpaid, of the purchase money, the sum of $22 60, which the appellant had applied to the payment of taxes legally as-

sessed for the year 1865, against the property purchased. From these facts, the court held the law to be, that the taxes did not constitute such a lien upon the land as authorized the appellant to pay the amount out of the purchase money.

The statute declares that "the lien of the State for all taxes for state, county, school, road or township purposes, shall attach on all real estate on the first day of *January*, annually." 1 G. & H., § 112, p. 99.

The conclusion of law upon which the judgment below was rendered, being in evident conflict with the statute, the judgment is reversed, with costs, and the cause remanded, with the direction that judgment be rendered upon the finding, in favor of the appellant.

*F. T. Brown*, for appellant.